| Date | Pleading Number | |
|------|------|------|
| 11/26/73 | 1. | MOTION by Champion Inter'l Corp., Boise Cascade Corp., Inter'l Paper Co., Vancouver Plywood Co., Inc., Weyerhaeuser Co. and Willamette Industries, Inc. w/supproting brief, affidavit of service, Exhibit A is Schedule of Cases and Exhibits B, C, D, E, and F are complaints in the various actions involved. Requested transferee forum: E.D. Louisiana |
| 11/29/73 | /2. | ALTMAN BROS., INC. ET AL. V. GEORGIA PACIFIC, E.D.LA. 73-2860 Letter from plaintiffs counsel urging granting of motion service indicated. |
| 11/30/73 | | MOVANT CHAMPION INTERNATIONAL CORP. supplemental service certificate to include District Court Clerks |
| 12/7/73 | 2 | MOVANTS SUPPLEMENT TO MOTION to add additional action. Park Lane Assn. et al. v. Boise Cascade Corp., et al. E.D.N.Y., 73 C 1717. |
| 12/10/73 | 3 | JOHN J. O'SHEA response, w/exhibits and cert. of service to motion by Champion Inter'l Corp. |
| 12/10/73 | 4 | MAJORITY OF NEW ORLEANS DEFENDANTS, motion and brief in response to motion w/cert. of service. |
| 12/11/73 | 5 | WEST DEAR PARK plaintiffs response to motion w/cert. of service |
| 12/11/73 | 6 | PUBLISHERS FOREST PRODUCT CO. OF WASH, WESTERN STATES PLYWOOD COOPERATIVE, BRAND-S CORP, PUBLISHERS PAPER CO. - letter from counsel in New Orleans stating statust of companies in respect to pending litigation. |
| 12/12/73 | 7 | GABRIEL BUILDING SUPPLY CO., INC. response to motion w/cert. of service |
| 12/18/73 | 8 | JOHN J. O'SHEA supplement to response w/cert. of service. |
| 12/26/73 | 9 | GEORGIA PACIFIC CORP. JOINDER IN MOTION TO CONSOLIDATE w/cert. of service. |
| 12-26/73 | 10 | PARK LANE ASSOCIATES response to motion, w/cert. of service |
| 2/2/74 | 11 | CHAMPION INTL. reply brief w/cert. of service. |
| 1/7/74 | 12 | GABRIEL BLDG. SUPPLY CO., Inc., ltr. advising of concurrence in motion. |
| 1/10/74 | | HEARING ORDER - Setting A-1 through A-6, for hearing, Feb. 7, 1974 Atlanta Georgia, Notified counsel, involved judges. |
| 1/29/74 | | ROBERT SCHUBEL, ET AL. V. GEORGIA PACIFIC, CORP., ET AL. E.D. LA., C. A. NO. 73-3345 ( Sec. A) Letter from Defendant Champion International Corp. stating above action has no new defendants and plaintiff Schubel's ~~epixkexx~~ counsel desires to join the moving parties |
| | | ORDER - Amending Hearing Order of 1/10/74 to include the above action, Notified counsel, involved judge |
| 1/31/84 | 13. | J. C. NICHOLS, ET AL. response to motion w/cert. of service. |
| 1/31/74 | 14 | ROBERT SCHUBEL response to motion w/cert. of service. |
| 2/7/74 | 15 | Response of C.M. Construction Co. and to add one action (B-2) |
| 6/10/74 | | CONSENT OF CHIEF JUDGE HEEBE for Judge Boyle to handle litigation |
| 6/10/74 | | OPINION AND ORDER transferring actions to the Eastern District of Louisiana to Judge Edward J. Boyle Sr. for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 |
| 6/20/74 | | WATTERS DISTRIBUTING CO. INC V SCOTCH PLYWOOD CO. N.D.ALA, 74-P-278-S J.C. NICHOLS V. BOISE CASCADE CORP., ET AL., D. KAN., 74-29-C2 BLOOMFIELD SQUARE APARTMENTS. ET AL. V. BOISE CASCADE, E.D.MICH, 4-71471 CTO entered today.  Notified counsel, involved judges. |
| 7/9/74 | | WATTERS DIST. CO. INC. V. SCOTCH PLYWOOD, N.D.ALA., 74-P-278-S J.C. NICHOLS V. BOISE CASCADE, D. KAN., 74-29-C2 BLOOMFIELD SQUARE APTS., V. BOISE CASCADE, E.D.MICH, 4-71471 CTO s final today.  Notified judges involved clerks. |

| Date | Pleading Number | |
|------|------|------|
| 7/24/74 | | ORDER -- reassigning litigation to Judge Lansing L. Mitchell for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 |
| 8/6/74 | | STRICK CORP., ETC. V. BOISE CASCADE CORP., ET AL., E.D.Pa. 74-1771 CTO entered today. Notified counsel, involved judges. |
| 8/23/74 | | STRICK CORP., ETC. V. BOISE CASCADE CORP. ET AL., E.D. Pa. 74-1771 CTO final today. Notified judges, clerks. Alvin B. Rubin |
| 10/8/74 | | ORDER -- reassigning litigation to Judge Lansing ꭥꭥꭥꭥꭥꭥ for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 |
| 10/25/74 | | ORDER -- reassigning litigation to Judge Fred R. Cassibry for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 |
| 11/4/74 | 16 | PETITION -- John J. O'Shea, Parklane Assoc. and Strick Corp. for reconsideration of transfer order w/ltr indicating service |
| 11/27/74 | | ORDER DENYING MOTION FOR RECONSIDERATION OF TRANSFEREE DISTRICT Notified counsel, transferee clerk, involved judge |
| 11/27/74 | | American Millwork Co. Inc. v. Boise Cascade Corp., et al. W.D. Oklahoma, Civil Action No. 74-948 -- CTO entered today Notified counsel, involved judge |
| 12/5/74 | | AFCO Const. Co. Inc. v. Boise Cascade Corp., S.D.N.Y. 74 Civ 5032 CTO entered today. Notified counsel, involved judges. |
| 12/10/74 | | American Millwork Co. Inc. v. Boise Cascade Corp., et a. W.D. Oklahoma, 74-948 -- CTO final today. ᴺᴵˣ Notified clerks and involved judges/ |
| 12/23/74 | | AFCO Const. Co., Inc. v. Boise Cascade Corp., S.D.N.Y. 74 Civ. 5032 CTO final today. Notified transferee clerk, judge, transferor clerk, judge |
| 1/15/75 | | GOODWIN CORP., ETC. V. BOISE CASCADE CORP., ET AL., D.N.J., 74-1980 CTO filed today. Notified counsel, involved judges. |
| 1/30/75 | | C-7 CTO FINALIZED -- Goodwin Corp., etc. v. Boise Cascade Corp., et al. D. N.J., No. 74-1980. Notified involved clerks and judges |
| 5/17/76 | | HALE PARK LUMBER & MILL WORK, INC. ET AL. V. BOISE CASCADE CORP. ET AL N.D. Calif. C76-801-WTS ROSMOOR CORP. V. GEORGIA-PACIFIC CORP. ET AL. N.D. Calif. C76-746-AJZ CTO'S filed today. notified involved judges and counsel |
| 6/1/76 | | HALE PARK LUMBER & MILL WORK, INC. ET AL. V. BOISE CASCADE CORP. ET AL N.D. CALIF. C76-801-WTS ROSMOOR CROP. V. GEORGIA-PACIFIC CORP. ET AL. N.D. CALIF. C76-746-AJZ CTO'S final today. notified involved clerks and judges |
| 9/9/76 | | C-10 TRANSAMERICA DEVELOPMENT CO., ET AL. V. GEORGIA-PACIFIC CORP., ET AL., N.D. CAL., C76-1665-CBR -- CTO filed today. Notified counsel, involved judges |
| 9/27/76 | | C-10 TRANSAMERICA DEVELOPMENT CO., ET AL. V. GEORGIA-PACIFIC CORP., ET AL, N.D. CALIF., C76-1665-CBR -- CTO final today. Notified clerk, involved judges. |
| 10/19/76 | | ORDER -- REASSIGNING LITIGATION TO JUDGE SAM C. POINTER JR. sitting by designation in the E.D. Louisiana to handle litigation |
| 4/11/77 | | Commonwealth of Virginia v. Boise-Cascade Corporation, et al., E.D.VA., Civil Action No. 77-0136-R CONDITIONAL TRANSFER FILED TODAY. NOTIFIED INVOLVED COUNSEL & JUDGES. |

JPML FORM 1A                    DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 159 -- IN RE PLYWOOD ANTITRUST LITIGATION

| Date | No. Code | |
|------|------|---|
| 4/18/77 | | Crest Builders, Inc., et al. v. Georgia-Pacific Corp., et al. |
| | | N.D. California, Civil Action No. C77-0663-ACW |
| | | CTO FILED TODAY.  NOTIFIED INVOLVED COUNSEL AND JUDGES. |
| 4/27/77 | | Commonwealth of Virginia v. Boise-Cascade Corp., et al.,E.D.VA., |
| | | Civil Action No. 77-0136-R |
| | | CTO Final today, Notified involved clerks and judges. |
| 5/4/77 | | Crest Builders, Inc., et al. v. Georgia-Pacific Corp., et al., (C-12) |
| | | N.D. Cal., Civil Action No. C77-06630ACW |
| | | CTO Final today. Notified involved clerks and judges. |
| 5/18/77 | | C-13 CITY INVESTING COMPANY, ET AL. V. BOISE CASCADE CORP., ET AL. |
| | | S.D. New York, C.A. No. 77-1937 -- Notified Counsel and |
| | | involved judges. |
| 6/1/77 | | C-13 Plaintiff's consent to transfer |
| 6/2/77 | | C-13 CITY INVESTING CO., ET AL. V. BOISE CASCADE CORP., ET AL. |
| | | S.D. N.Y., C.A. No. 77-1937 -- Notified transferee clerk, judge |
| | | involved clerk and judge -- CTO FINAL TODAY. |
| 6/16/77 | | C-14 MID-WEST FLOOR CO., ET AL. v. BOISE CASCADE CORP., ET AL., |
| | | E.D. MO, C.A. No. 77-0506-C-(1) |
| | | C-15 PLYWOODS DISTRIBUTING CO., ET AL. v. BOISE CASCADE CORP., ET AL., |
| | | N.D. CA, C.A. NO. C77-1017-GBH |
| | | C-16 SPROUL HOMES OF NEVADA, INC. v. GEORGIA PACIFIC CORP., ET AL., |
| | | N.D. CA, C.A. NO. C77-0988-SAW |
| | | C-17 FOSTER ENTERPRISES, LTD., ET AL. v. GEORGIA PACIFIC CORP., ET AL. |
| | | N.D. CA, C.A. NO. C77-1018-SW |
| | | CTO FILED TODAY.  NOTIFIED INVOLVED COUNSEL AND JUDGES. |
| 7/5/77 | | C-14 MID-WEST FLOOR CO. V. BOISE CASCADE CORP., E.D. MO., C.A. No. |
| | | C77-0506-C(1) |
| | | C-15 PlyWOODS DISTRIBUTING CO. V. BOISE CASCADE CORP., N.D. CA., |
| | | C.A. NO. C77-1017-GBH |
| | | C-16 SPROUL HOMES OF NEVADA V. GEORGIA-PACIFIC CORP., N.D. CA., |
| | | C.A. No. C77-988-SAW |
| | | C-17 FOSTER ENTERPRISES, LTD. v. Georgia PACIFIC CORP., N.D. CA., |
| | | C.A. No. 77-1018-SW |
| | | CTO FINAL TODAY -- NOTIFIED INVOLVED CLERKS AND JUDGES. |
| 1/5/78 | | C-18 George S. Rush, etc. v. Georgia-Pacific Corp., M.D. Ala., #77-561-N |
| | | SHOW CAUSE ORDER FILED TODAY-- Notified involved counsel & judges (cds) |
| 2/6/78 | | C-18 Rush, etc. v. Georgia-Pacific Corp., M.D.Al., C.A.#77-561-N |
| | | TRANSFER ORDER filed today.  Notified involved judges,clerks and |
| | | counsel. (ea). |
| 3/8/78 | | C-19 LSI United Corp., et al. v. Boise Cascade Corp.,et al.,S.D.N.Y., |
| | | C. A. No. 78-Civ-486 |
| | | CTO FILED TODAY.  NOTIFIED INVOLVED COUNSEL AND JUDGES. (ea) |
| 3/24/78 | | C-19 LSI United Corp. v. Boise Cascade Corp., et al., S.D.N.Y., |
| | | 78-Civ-486 |
| | | CTO FILED TODAY FINAL TODAY. NOTIFIED INVOLVED CLERKS AND JUDGES.(ea) |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. __3__

DOCKET NO. __159__ -- __In re Plywood Antitrust Litigation__

| Date | No. Code | |
|------|----------|---|
| 5/19/77 | | 9-13 City Investing Company, et al. v. Boise Cascade Corp., et al., S.D. New York, Civil Action No. 77-1027 -- Notified counsel and involved judges |

DOCKET NO. 159   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

Description of Litigation

IN RE PLYWOOD ANTITRUST LITIGATION

---

Summary of Panel Action

Date(s) of Hearing(s) __2/8/74__

Date(s) of Opinion(s) or Order(s) __6/10/74__

Consolidation Ordered __✓__   Name of Transferee Judge __Edward J. Boyle__

Consolidation Denied ____   Transferee District __E. D. Louisiana.__   JUDGE SAM C. POINTER  N.D. Ala.

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Gabriel Building Supply Co., Inc. v. Agnew Plywood, et al. | E.D.La. | 72-522 ✓ | All Section 2 Cases | | 4/29/83D | Mot. defs. 11/26/73 |
| A-2 | West Deer Park Associates, et al. v. Georgia Pacific Corp., et al. | E.D.La. | 73-2671 | | | 4/29/83D | " |
| A-3 | Altman Bros., Inc. of Massachusetts et al. v. Georgia Pacific Corp., | E.D.La. | 73-2860 (Sec. H) | | | 4/29/83D | " |
| A-4 | James I. Barnes Construction Co., et al. v. Georgia Pacific Corp., et al. | E.D.La. | 73-2861 (Sec. C) ✓ | | | 4/29/83D | " |
| A-5 | John J. O'Shea, Trustee in Bankruptcy of Diamond Lumber Co., Inc., etc. v. Boise Cascade Corp., et al. | E.D.Pa. | 73-2141 | 6/10/74 | 74-1642 | 4/29/83D | " |
| A-6 | Park Lane Associates, et al. v. Boise Cascade Corp., et al. | E.D.N.Y. | 73 C 1717 | 6/10/74 | 74-1641 | 4/29/83D | |
| VB-1 | Robert Schubel et. al. v. Georgia Pacific, Corp., et al | E.D.La. | 73-3345 (Sec. A) | | | 4/29/83D | |
| B-2 | C & m Construction Co. v. Boise Cascade, et al. | E.D.Ark | 74-C-32 | 6/10/74 | 74-1640 | 4/29/83D | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-1 | Watters Distributing Co., Inc. v. Scotch Plywood Co., et al. 6/20/74 | N.D.Ala. Pointer | 74-P-278-S | 7/8/74 | 74-1944 | 4/29/83 D | |
| C-2 | J.C. Nichols Co. v. Boise Cascade Corp., et al. 6/20/74 | D. Kansas O'Connor | 74-29-C2 | 7/8/74 | 74-1946 | 4/29/83 D | |
| C-3 | Bloomfield Square Apartments, et al. v. Boise Cascade Corp., et al. 6/20/74 | E.D.Mich Feikens | 4-71471 | 7/8/74 | 74-1945 | 11/16/83 D | |
| C-4 | Strick Corporation, etc. v. Boise Cascade Corp., et al. 8/6/74 | E.D. Pa. Becker | 74-1771 | 8/23/74 | 74-2555 | 4/29/83 D | |
| C-5 | American Millwork Co., Inc. v. Boise Cascade Corp., et al. 11/27/74 | W.D. Okla | 74-948 | 12/10/74 | 77 3391 | 4/29/83 D | |
| C-6 | AFCO Construction Co., Inc., et al. v. Boise Cascade Corp., et al. 2/5/74 | S.D.N.Y. Motley | 74 Civ. 5032 | 12/23/74 | 74 3494 E | 4/29/83 D | |
| C-7 | Goodwin Corporation, etc. v. Boise Cascade Corp., et al. 1/15/75 | D.N.J Kitchen Gerry | 74-1980 | 1/30/75 | 75-405 E | 4/29/83 D | |
| | Transamerica Development Co., et al. v. Georgia Pacific Corp., et al. | | | | | | |
| XYZ-1 | Scott Sahs Door and Lumber Co., et al. v. Georgia-Pacific Corp., et al. | E.D.La. | 75-224 ✓ | | | 4/29/83 D | |
| XYZ-2 | Kit Manufacturing Co. v. Georgia Pacific Corp., et al. | D.D. La. | 75-244 | | | 4/29/83 D | |
| C-8 | Rosmoor Corp. v. Georgia-Pacific Corp., et al. 5/17/76 | N.D.Calif | C76-746-AJZ | 6/1/76 | 76-1753 | 4/29/83 D | |
| C-9 | Hale Park Lumber & Mill Work, Inc, et al. v. Boise Cascade Corp. et al. 5/17/76 | N.D. Calif. | C76-801-WTS | 6/1/76 | 76-1759 | 4/29/83 D | |

DOCKET NO. 159 -- IN RE PLYWOOD ANTITRUST LITIGATION -- P. 3

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-10 | Transamerica Development Co.,et al. v. Georgia-Pacific Corp., et al. 9/9/76 | N.D.Calif Renfew | C76-1665-CBR | 9/27/76 | 76-3044 | 4/29/83 D | |
| C-11 | Commonwealth of Virginia v. Boise-Cascade Corporation, et al. 4/11/77 | E.D.VA. Warriner | 77-0136-R | 4/29/77 | 77-1377 | 4/29/83 D | |
| C-12 | Crest Builders, Inc., et al. v. Georgia-Pacific Corp., et al. 4/18/77 | N.D.CA. Wollenberg | C77-0663-ACW | 5/4/77 | 77-1457 | 4/29/83 D | |
| XYZ-3 | The State of Connecticut, etc. v. Boise-Cascade Corp., et al. | E.D.La. | 76-2414 Sec. E ✓ | | | 4/29/83 D | |
| C-13 | City Investing Company, et al. v. Boise Cascade Corp., et al. | S.D.N.Y. Connor | 77-1937 | 6/2/77 | 77-1788 | 11/18/83 D | |
| X | July 1977 – | | | | | | |
| C-14 | Mid-West Floor Co, et al. v. Boise Cascade Corp., et al. 6/16/77 | E.D.Mo. Meredith | 77-0506-C(1) | 7/5/77 | 77-2113 | 4/29/83 D | |
| C-15 | Plywoods Distributing Co., et al. v. Boise Cascade Corp., et al. 6/16/77 | N.D.Cal Harris | 77-1017-GBH | 7/5/77 | 77-2115 | 4/29/83 D | |
| C-16 | Sproul Homes of Nevada, Inc. v. Georgia Pacific Corp., et al. 6/16/77 | N.D.Cal Weigel | 77-988-SAW | 7/5/77 | 77-2114 | 4/29/83 D | |
| C-17 | Foster Enterprises, Ltd., et al. v. Georgia Pacific Corp., et al. 6/16/77 | N.D.Cal Williams | 77-1018-SW | 7/5/77 | 77-2116 | 4/29/83 D | |
| C-18 | George S. Rush, etc. v. Georgia-Pacific Corp. | M.D.AL. Johnson | 77-561-N | 2/6/78 (T.O.) | 78-458 | 4/29/83 D | |
| C-19 | LSI United Corp. v. Boise Cascade Corp., et al. 3/8/78 | S.D.N.Y. Motley | 78 Civ 486 | 3/31/78 | 78-995 | 11/8/83 D | |

over

DOCKET NO. _____ -- _____ -- P. _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-4 | The State of Oregon v. Boise-Cascade Corp., et al. | E.D.La. | 77-21 Sec F | | | 4/29/83 | |

*[handwritten notations:]*
July 1979 - 22 HC / 9 X H2/ 31 Pdg.
July 1980 - same
July 1981 - same
July 1982 - Same
July 1983 - 28 Dis / 3 Pdg.

**ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## DESCRIPTION OF LITIGATION

DOCKET NO. 159 -- IN RE PLYWOOD ANTITRUST LITIGATION

LIAISON COUNSEL  appointed by J. Cassibry Pretrial Order No.
1, dated Dec. 10, 1974

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| | LIAISON COUNSEL FOR PLAINTIFFS | LIAISON COUNSEL FOR DEFENDANTS |
| | Herbert J. Garon, Esq.<br>Garon, Brener & McNeely<br>1304 National Bank of<br>  Commerce Bldg.<br>New Orleans, Louisiana  70112 | Gene W. Lafitte, Esquire<br>50th Floor<br>One Shell Square<br>New Orleans, Louisiana  70137 |
| | | Charles W. Lane, III, Esquire<br>Jones, Walker, Waechter, Poitevent<br>  Carrere & Denegre<br>28th Floor, 225 Baronne Street<br>New Orleans, Louisiana  70112 |
| | GEORGE S. RUSH (C-18)<br>Thomas S. Knight, Esquire<br>P.O. Box 1086<br>Anniston, Alabama  33202 | Charles REasonover, Esquire<br>Deutsch, Kerrigan & Stiles<br>One Shell Square<br>New Orleans, Louisiana  70139 |
| | LSI UNITED CORP. (C-19)<br>Melvyn Freeman, Esquire<br>Freeman, Meade, Wasserman<br>  & Schneider<br>551 Fifth Avenue<br>New York, New York  10017 | |

p. __1__

# ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*159*
*890*

DOCKET NO. __159__ --   IN RE PLYWOOD ANTITRUST LITIGATION

| Plaintiff | Defendant |
|---|---|
| **GABRIEL BUILDING SUPPLY CO., INC. (A-1)** <br> Herbert J. Garon, Esquire <br> Garon, Brener & McNeely <br> 1304 National Bank of Commerce Building <br> New Orleans, Louisiana  70122 | **AMERICAN CAN CO.** <br> Charles K. Reasonover, Esquire <br> Deutsch, Kerrigan & Stiles <br> 4700 One Shell Square <br> New Orleans, Louisiana   70139 |
| **WEST DEER PARK ASSOCIATES, ET AL. (A-2)** <br> Samuel H. Seymour, Esquire <br> Law Offices of Samuel H. <br> Seymour <br> 1225 Connecticut Ave., N.W. <br> Washington, D.C.  20036 | **BATE PLYWOOD CO., INC.** <br> **CLOVERDALE PLYWOOD CO.** <br> **PICKERING LUMBER CORP.** <br> **POPE & TALBOTT, INC.** <br> Harry S. Redmon, Esquire <br> Phelps, Dunbar, Marks, Claverie & Sims <br> Hibernia National Bank Building <br> New Orleans, Louisiana  70112 |
| **ALTMAN BROS, INC. OF MASSACHUSETTS, ET AL. (A-3)** <br> Harvey Kronfeld, Esquire <br> Meserov, Gelman, Jaffee & Levin <br> The Fidelity Building <br> Philadelphia, Pennsylvania  19109 | **ANTHONY FOREST PRODUCTS** <br> **EVANS PRODUCTS CO.** <br> **OWENS-ILLINOIS, INC.** <br> **TREMONT LUMBER CO.** <br> **VAN-EVAN CO.** <br> **SCOTCH PLYWOOD CO.** |
| **JAMES I. BARNES CONSTRUCTION CO., ET AL. (A-4)** <br> William C. Barnard, Esquire <br> Sommer, Tinkham, Barnard, Freiberger <br> & Scopelitis <br> 815 Merchants Bank Building <br> Indianapolis, Indiana  46204 | Charles W. Lane III, Esquire <br> Jones, Walker, Waechter, Poitevent, <br> Carrere & Denegre <br> 225 Baronne St., 28th Floor <br> New Orleans, Louisiana  70112 |
| **JOHN J. O'SHEA, TRUSTEE IN BANKRUPTCY OF DIAMOND LUMBER CO., INC., ETC. (A-5)** <br> Judah I. Labowitz, Esquire <br> Wolf, Block, Schoor & Solis-Cohen <br> 12th Floor, Packard Building <br> Philadelphia, Pennsylvania  19102 | **MacMILLEN BLOEDELL PRODUCTS, INC.** <br> Moise W. Dennery, Esquire <br> McCloskey, Dennery & Page <br> 505 Hibernia Bank Building <br> New Orleans, Louisiana  70112 |
| **PARK LANE ASSOCIATES, ET AL. (A-6)** <br> H. Laddie Montague, Jr., Esquire <br> David Berger, P.A. <br> Attorneys at Law <br> 1622 Locust Street <br> Philadelphia, Pennsylvania  19103 | **GEORGIA-PACIFIC CORP.** <br> William R. D'Armond, Esquire <br> Sanders, Miller, Downing & Kean <br> Post Office Box 1588 <br> Baton Rouge, Louisiana  70821 |

| Plaintiff | Defendant |
|---|---|
| **ROBERT SCHUBEL (B-1)**<br>Mitchell A. Kramer, Esq.<br>313 South Seventeenth Street<br>Philadelphia, Penna.  19103 | **KIRBY LUMBER CORP.**<br>Joyce Cox, Esquire<br>Cox, Parkenham & Roady<br>2500 Two Shell Plaza<br>Houston, Texas  77002 |
| **C&M CONSTRUCTION CO. (B-2)**<br>Jerome H. Torshen, Esq.<br>Torshen, Fortes & Eiger<br>11 South LaSall St.<br>Chicago, Illinois  60603 | **OLINKRAFT, INC.**<br>Charles W. Lane, III, Esq.<br>Harry S. Hardin, III, Esq.<br>Jones, Walker, Waechter,<br>Poitevent, Carrere &<br>Denegre<br>225 Baronne St.<br>New Orleans, LA  70112 |
| **WATTERS DISTRIBUTING CO. (C-1)**<br>James L. Shores, Jr., Esq.<br>Johnston & Shores<br>1101 First National-Southern<br>   Natural Building<br>Birmingham, Alabama  35203 | **POTLATCH CORP.**<br>**THE PACIFIC LUMBER CO.**<br>**ST. MARIES PLYWOOD CO.**<br>**SIMPSON TIMBER CO.**<br>Lawrence K. Benson, Jr., Esquire<br>Milling, Benson, Woodward, Hillyer & Pierson<br>11th Floor, Whitney Building<br>New Orleans, Louisiana  70130 |
| **J. C. NICHOLS COMPANY (C-2)**<br>Kenton C. Granger, Esquire<br>306 Capitol Federal Bldg.<br>95th and Nall Ave.<br>Overland Park, Kansas  66207 | **VANPLY, INC.**<br>**VANCOUVER PLYWOOD CO., INC.**<br>Austin W. Lewis, Esquire<br>Liskow & Lewis<br>Suite 2211 - 225 Baronne St.<br>New Orleans, Louisiana  70112 |
| **BLOOMFIELD SQUARE APARTMENTS (C-3)**<br>Freeman, Meade, Wasserman & Schneider<br>551 Fifth Avenue<br>New York, New York  10017 | |
| **STRICK CORPORATION (C-4)**<br>Harold E. Kohn, Esquire<br>1214 IVB Building<br>Philadelphia, Penna.  19103 | **ST. REGIS PAPER CO.**<br>Richard W. Bussoff, Esquire<br>Monroe & Lemann<br>1424 Whitney Building<br>New Orleans, Louisiana  70130 |
| **AMERICAN MILLWORK CO., INC. (C-5)**<br>Frank Gregory, Esq.<br>Ste. 300, Dan H. Leininger Bldg.<br>3545 N.W. 58th Street<br>Okla. City, Ok.  73112 | **TIM-PLY Co.**<br>Philip A. Wittman, Esquire<br>Stone, Pigman, Walther, Wittman & Hutchison<br>1200 Whitney Building<br>New Orleans, Louisiana  70130 |
| John M. Merritt, Esq.<br>Co-Counsel<br>Address unknown at present | **WEYHAEUSER CO.**<br>Patrick T. Ryan, Esquire<br>Drinker, Biddle & Reath<br>1100 Philadelphia National Bank Bldg.<br>Broad & Chestnut Streets<br>Philadelphia, Pennsylvania  19107 |
| AFCO CONSTRUCTION CO. INC.<br>  Sidney O. Raphael, Esq.<br>  Raphael, Searles, Vischi, Scher,<br>     Glover<br>  770 Lexington Avenue<br>  New York, New York  10021 | |
| Melvin C. Pollack, Esq., Pollack, Swartz,<br>Stark & Ameron, 1133 Ave. of the Americas<br>New York, New York  10036 | |

p.  3

### ATTORNEY SERVICE LIST
### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  159  --  IN RE PLYWOOD ANTITRUST LITIGATION

| Plaintiff | Defendant |
|---|---|
| C-7 GOODWIN CORPORATION<br>Jay M. Hollander, Esquire<br>Hutt, Berkow & Hollander<br>Park Professional Bldg.<br>459 Amboy Avenue<br>Woodbridge, New Jersey  07095<br><br>and Harold E. Kohn | CHAMPION INTERNATIONAL CORP.<br>George P. Williams, III, Esquire<br>Arthur H. Kahn, Esquire<br>James D. Fornari, Esquire<br>Schnader, Harrison, Segal & Lewis<br>1719 Packard Building<br>Philadelphia, Pennsylvania  19102 |
| C-8 ROSMOOR CORPORATION<br>Allan R. Carpenter, Jr., Esquire<br>100 Bush Street<br>Suite 1708<br>San Francisco, Calif.  94104 | INTERNATIONAL PAPER CO.<br>Harold F. Baker, Esquire<br>Howrey, Simon, Baker & Murchison<br>1730 Pennsylvania Ave., N.W.<br>Washington, D.C.  20006 |
| C-9 HALE PARK LUMBER & MILLWORK, INC.<br>Dale E. Fredericks, Esquire<br>111Pine Street<br>San Francisco, California  94111 | WILLAMETTE INDUSTRIES, INC.<br>Lee A. Rau, Esq.<br>Reed, Smith, Shaw & McClay<br>1150 Connecticut Ave., N.W.<br>Washington, D.C. 20036 |
| C-10 Allan R. Carpenter, Jr., Esq.<br>Richard A. Rogan, Esq.<br>100 Bush Street<br>Smite 1708<br>San Francisco,CA  94104 | BOISE CASCADE CORP.<br>John C. Christie, Jr., Esquire<br>Bell, Boyd, Lloyd, Haddad & Burns<br>135 South LaSalle Street<br>Chicago, Illinois  60603 |
| C-11 COMMONWEALTH OF VIRGINIA<br>John Hardin Young, Esq.<br>Assistant Attorney General<br>Supreme Court Building<br>1101 East Broad Street<br>Richmond, Virginia 23219 | LOUISIANA-PACIFIC CORP.<br>William E. Willis, Esquire<br>Sullivan & Cromwell<br>125 Broad Street<br>New York, New York  10004 |
| C-12 CREST BUILDERS, INC., ET AL.<br>Allan R. Carpenter, Esq.<br>100 Pine Street, 33rd. Fl.<br>San Francisco, Ca. 94111 | |

| Plaintiff | Defendant |
|---|---|
| CITY INVESTING COMPANY, ET AL.(C-13)<br>Melvyn Freeman, Esq.<br>Freeman, Meade, Wasserman & Schneider<br>551 Fifth Avenue<br>New York, New York 10017 | BILES-COLEMAN LUMBER CO.<br>BOHEMIA LUMBER CO., INC.<br>COLUMBIA PLYWOOD CORP.<br>LOUISIANA PLYWOOD CORP.<br>MEDFORD CORP.<br>~~PLUM CREEK LUMBER CO.~~ |
| MID-WEST FLOOR CO., ET AL. (C-14)<br>Julius H. Berg, Esquire<br>Green, Hennings & Henry<br>314 N. Broadway<br>Room 1830<br>St. Louis, Missouri  63102 | ROSBORO LUMBER CO.<br>SEL PLY PRODUCTS<br>SOUTHERN OREGON PLYWOOD, INC.<br>TEMPLE INDUSTRIES, INC.<br>UNION CAMP CORP. |
| PLYWOODS DISTRIBUTING CO. (C-15)<br>Dale E. Fredericks, Esq.<br>Sedgwick, Detert, Moran &<br>  Arnold<br>111 Pine St.<br>San Francisco, CA  94111 | WESTERN WOOD PRODUCTS ASSN.<br>Charles Kohlmeyer, Jr., Esquire<br>Lemle, Kelleher, Kohlmeyer & Matthews<br>First National Bank of Commerce Building<br>New Orleans, Louisiana  70112 |
| SPROUL HOMES OF NEVADA, INC. (C-16)<br>FOSTER ENTERPRISES, LTD., ET AL. (C-17)<br>Allan B. Carpenter, Esquire<br>Richard A. Rogan, Esquire<br>100 Pine Street, 33rd Floor<br>San Francisco, CA  94111 | PUBLISHERS PAPER CO.<br>PUBLISHERS FOREST PRODUCTS CO. OF WASHINGTON<br>John P. Bledsoe, Esquire<br>Dezendorf, Spears, Lubersky & Campbell<br>800 Pacific Building<br>Portland, Oregon  97204 |
| GEORGE S. RUSH (C-18)<br>Thomas J. Knight, Esquire<br>P.O. Box 1086<br>Anniston, Alabama  33202 | PLUM CREEK  LUMBER CO.<br>Dando Cellini, Esq.<br>Lemle, Kelleher, Kohlmeyer & Matthews<br>18th Floor, 1st. National Bank<br>       of Commerce Building<br>New Orleans, Louisiana 70112 |

p. ___4a___

# ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __159__ --   IN RE PLYWOOD ANTITRUST LITIGATION

| Plaintiff | Defendant |
|---|---|
| CANADIAN WOOD COUNCIL<br>701 - 170 Laurier Ave., West<br>Ottowa, Ontario, Canada KIP 5V5 | MONTEZUMA PLYWOOD CO.<br>Div. of S.W. Forest Industries<br>Post Office Box 7548<br>Phoenix, Arizona  85011 |
| DIXON BLYWOOD CO.<br>Div. of Dixon Lumber Co.<br>Andalusia, Alabama  36420 | SUN TEX PLYWOOD COMPANY<br>Div. of Boise Cascade Corp.<br>Post Office Box 200<br>Boise, Idaho 83701 |
| DELTA PINE PLYWOOD CO.<br>Post Office Box 247<br>Beaumont, Mississippi | WHITE CITY PLYWOOD CO.<br>Oregon Limited No. 1<br>Post Office Box 269<br>Springfield, Oregon  97477 |
| WEST COAST LUMBER INSPECTION BUREAU<br>1750 Southwest Skyline<br>Portland, Oregon | FIBREBOARD CORP.<br>53 Francisco Street<br>San Francisco, California |
| AMERICAN PLYWOOD ASSN.<br>119 A Street<br>Tacoma, Washington | WESTERN STATES PLYWOOD COOPERATIVE<br>Post Office Box 86<br>Port Orford, Oregon  97465 |
| ELLISON'S INDUSTRIES<br>Post Office Box 7<br>Washougal, Washington  98671 | BINGEN PLYWOOD CO.<br>Post Office Box 266<br>Bingen, Washington  98605 |
| PUBLISHERS FOREST PRODUCTS CO. OF WASH.<br>Div. of Publishers Paper Co.<br>419 Main Street<br>Oregon City, Oregon  97045 | TEMPLE INDUSTRIES, INC.<br>Box "P"<br>Diboll, Texas  75941 |
| MEDFORD VENEER & PLYWOOD CORP.<br>Post Office Box 2488<br>White City, Oregon  97501 | BRANDS-S CORP.<br>Box 1087<br>Corvalis, Oregon  97330 |
| ARKLA CHEMICAL CORP.<br>Div. of Arkansas-Louisiana Gas Co.<br>Box 1734<br>Shreveport, Louisiana  71109 | PUBLISHERS PAPER CO.<br>419 Main Street<br>Oregon City, Oregon  97045 |

p. __1__

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __159__ -- __IN RE PLYWOOD ANTITRUST LITIGATION__

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Agnew Plywood | A-1 |
| American Can Co. | A-1,2,3,4 B-1 C-8 C-9 C-10 C-12 C-14 C-15 C-16 |
| American Forest Products Corp. | A-1,4 |
| Anthony Forest Products | A-1,2,3 B-1 C-8 C-9 C-10 C-12 C-14 C-15 C-16 |
| Astoria Plywood Corp. | A-1 |
| Bate Plywood Co., Inc. | A-1 |
| Bico-Kinzua (Biles-Coleman Lumber Co.) | A-1,2,3,4 B-1 C-9 |
| Bingen Plywood Co. | A-1,2,3,4 C-1 |
| Birmingham Forest Products, Inc. | A-1 |
| Bohemia Lumber Co. Inc. | A-1,2,3,4 B-1 C-8 C-9 C-10 C-12 C-14 C-15 C-16 |

p. 2

| | |
|---|---|
| Boise Cascade Corp. | A-1,2,3,4,5,6  B-1  B-2; C-1; C-2; C-3 C-5  C-6  C-7  C-8  C-9  C-10  C-11  C-12  C-13  C-14  C-15  C-16  C-18  C-19 |
| Brandes Corp. | A-1,2,3,4  B-1 |
| Brookings Plywood Corp | A-1 |
| Chesapeake Bay Plywood Corp. | A-1 |
| Cloverdale Plywood Co. | A-1 |
| Columbia Plywood Corp. | A-1,2,3,4  B-1  C-8  C-9  C-10  C-12  C-14  C-15  C-16 |
| Coos Head Timber Co. | A-1 |
| Delta Pine Plywood Co. | A-1,2,3,4  B-1  C-9 |
| Dixon Plywood | A-1,2,4  B-1  C-8  C-9  C-10  C-12  C-14  C-15  C-16 |
| Drain Plywood Co. | A-1 |
| Dwyer Division Publishers Paper Co. | A-1 |

p. 3

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __159__ -- __IN RE PLYWOOD ANTITRUST LITIGATION__

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Ellison's Industries | A-1, 2, 3, 4, 5, 6, 7   C-4 |
| Elma Plywood Corp. | A-1 |
| Evans Products Co. | A-1, 2, 3, 4   B-1  C-6  C-10   C-12  C-14  C-15  C-16 |
| Everett Plywood Corp. | A-1 |
| Farwest Plywood Co. | A-1 |
| Fir Ply Co. | A-1 |
| Fort Vancouver Plywood Co. | A-1 |
| Georgia-Pacific Corp. | A-1, 2, 3, 4, 5, 6   B-1, B-2  C-1; C-2 ; C-3  C-5  C-7; C-8 ; C-9   C-10  C-11   C-12  C-13  C-14  C-15  C-16, C-18   C-19 |
| Giustina Bros. Lumber & Plywood Co. | A-1 |
| Glendale Plywood Co., Inc. | A-1 |

p. _4_

| | |
|---|---|
| Great Northern Plywood Co. | A-1 |
| Hardel Mutual Plywood Corp. | A-1 |
| Edward Hines Lumber Co. | A-1 |
| Idaho Veneer Co. | A-1 |
| Inter'l Paper Co. *Disd as def in all bases – 6/26/78* | A-1 2,3,4,5,6 B-1 B-20 C-1; C-2; C-3 C-5 C-7 B-8 C-9 C-10 C-11 C-12 C-13 C-14 C-15 C-16 C-19 |
| Iron Wood Products Corp. | A-1 |
| Kirby Lumber Corp. | A-1 2,3,4 C-8 C-9 C-10 C-12 C-14 C-15 C-16 |
| Lacey Co-Ply Assn., Inc. | A-1 |
| Leading Plywood Corp. | A-1 |
| Linnton Plywood Assn. | A-1 |
| Louisiana Plywood Corp. | A-1 2, 3,4 B-1 C-8 C-9 C-10 C-12 C-14 C-15 C-16 |

p. *5*

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 159 -- IN RE PLYWOOD ANTITRUST LITIGATION

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| MacMillan Bloedel Products, Inc. | A-1,2,3,4 B-1 C-8 C-9 C-10 C-12 C-14 C-15 C-16 |
| Medford Corp. | A-1,2,3,4 B-1 C-6 C-9 C-10 C-12 C-14 C-15 C-16 |
| Medford Veneer Corp. | A-1,2,3,4 B-1 C-8 C-9 |
| Montezuma Plywood Co. | A-1,2,3,4 B-1 |
| Mt. Baker Plywood, Inc. | A-1 |
| Mt. Jefferson Lumber Co. | A-1 |
| Multnomah Plywood Corp. | A-1 |
| North Pacific Plywood, Inc. | A-1 |
| Olinkraft, Inc. | A-1,2,3,4 B-1 C-8 C-9 C-10 C-12 C-15 C-16 |
| Owens-Illinois, Inc. | A-1,2,3,4 B-1 C-6 C-10 C-12 C-14 C-15 C-16 |

| | |
|---|---|
| The Pacific Lumber Co. | A-1, 2, 3, 4  B-1 C-8 C-9 C-10 C-12 C-14 C-15 C-16 |
| Peninsula Plywood Corp. | A-1 |
| Pickering Lumber Corp. | A-1 |
| Plum Creek Lumber Co. | A-1, 2, 3, 4 B-1 C-8 C-9 C-10 C-12 C-14 C-15 C-16 D 10/16 |
| Pope & Talbot, Inc. | A-1, 3, 4 B-1 C-8 C-9 C-10 C-12 C-14 C-15 C-16 |
| Publishers Forest Products Co. of Washington | A-1, 2, 3, 4 B-1 |
| Puget Sound Plywood, Inc. | A-1 |
| Rosboro Lumber Co. | A-1 C-14 C-15 |
| St. Maries Plywood Co. | A-1, 2, 3, 4 B-1 C-8 C-9 C-10 C-12 C-14 C-15 C-16 |
| St. Regis Paper Co. | A-1, 2, 3, 4 B-1 C-8 C-9 C-10 C-12 C-14 C-15 C-16 |
| Scotch Plywood Co. | A-1, 3, 4 B-1 C-1 C-8 C-9 C-10 C-12 C-14 C-15 C-16 |

p. _7_

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __159__  --  __IN RE PLYWOOD ANTITRUST LITIGATION__

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Sel Ply Products | A-1,2,3,4 B-7 C-8 C-9 C-10 C-12 C-14 C-15 |
| Simpson Timber Co. | A-1,2,3,4 B-1 B-6 C-6 C-8 C-9 C-10 C-12 C-14 C-15 C-16 |
| Southern Oregon Plywood, Inc. | A-1,2,3,4 B-1 C-8 C-9 C-10 C-12 C-14 C-15 C-16 |
| Standard Veneer & Timber Co. | A-1 |
| Stevenson Co-Ply, Inc. | A-1 |
| Suntek Plywood | A-1,2,3,4 C-9 |
| Temple Plywood | A-1,2,3,4 B-1 C-8 C-9 C-10 C-14 C-15 C-16 |
| Tillamook Veneer Co. | A-1 |
| Timber Products Co. | A-1 |
| Tim-Ply-Co. | A-1,2,3,4 C-9 |

p. 8

| | |
|---|---|
| Tremont Lumber Co. | A-1,2,3,4 C-8 C-9 C-10 C-12 C-14 C-15 C-16 |
| Triangle Plywood Corp. | A-1 |
| Union Camp Corp. | A-1,2,3,4 B-1 C-8 C-9 C-10 C-12 C-14 C-15 C-16 |
| U.S. Plywood-Champion Papers, Inc. | A-1 |
| Vancouver Plywood Co., Inc. | A-1,2,3,4,5,(6) B-1 B-2 C-3 C-3 C-5 C-7 C-8 C-9 C-10 C-11 C-12 C-13 C-14 C-15 C-16 C-19 |
| Van-Evan Co. | A-1,2,3,4 C-8 C-10 C-12 C-16 |
| Vanply, Inc. | A-1,2,3,4 B-1 C-8 C-9 C-10 C-11 C-12 C-14 C-15 C-16 C-19 |
| Western States Plywood Corp. | A-1,2,3,4 B-1 |
| Weyerhauser Co. | A-1,2,3,4,5,6 B-1 B-2 C-1 C-2 C-3 C-3 C-7 C-8 C-9 C-10 C-11 C-12 C-13 C-14 C-15 C-16 C-19 |
| White City Plywood Co. | A-1,2,3,4 B-1 |
| Williamette Industries, Inc. | A-1,2,3,4,5,6 B-1 B-2 C-2 C-3 C-5 C-7 C-8 C-9 C-10 C-11 C-12 C-13 C-14 C-15 C-16 C-19 |

p. _9_

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _159_ , --   IN RE PLYWOOD ANTITRUST LITIGATION

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| All producing members of Canadian Wood Council | A-1 |
| All producing members of West Coast Lumber Inspection Bureau | A-1 |
| All producing members of Western Wood Products Assn. | A-1 |
| Champion Inter'l Corp. | A-2, 3, 4, 5, 6, B-1 B-2; C-1; C-2; C-3 C-5 C-7 C-8 C-9, C-10 C-11 C-12; C-13 C-14 C-15 C-16 C-18 C-19 |
| Arkla Chemical Corp. | A-2, 3, 4 B-1 C-8 C-9 C-10 C-12 C-14 C-15 |
| Fibreboard Corp. | A-2, 3, 4 B-1 C-8 C-9 C-10 C-12 C-14 C-15 C-16 |
| Louisiana Pacific Corp. | A-2, 3, 4 B-1 C-8 C-9 C-10 C-12 C-14 C-15 C-16 |
| Potlach Corp. | A-2, 3, 4 B-1 C-6 C-8 C-9 C-10 C-12 C-15 C-16 |
| Publishers Paper Co. | A-2, 3, 4 B-1 |
| Rico-Kinzua Biles Coleman Lumber Co. | A-1 |